Case 2:14-cv-01434-MWF-AS   Document 12   Filed 08/18/14   Page 1 of 2   Page ID #:37

KENNETH A. FEINSWOG
kfeinswog@aol.com
Bar No. 129562
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone:  (310) 846-5800
Facsímile:   (310) 846-5801

Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT
# OF CALIFORNIA

-------------------------------------------------------X
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.

              Plaintiff,

         -against-

KENCIA.COM, INC. d/b/a WORDANS
and ERIC GAUTIER,

              Defendants.
-------------------------------------------------------X

CIVIL ACTION NO.
2:14-cv-01434 MWF-AS

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

    The attorneys and parties in the above-referenced action having stipulated to the entry of a final judgment and permanent injunction:

    IT IS HEREBY ORDERED that:

1

1.   A judgment in the amount of $25,000.00 is entered jointly and severally against defendants Kencia.com, Inc. d/b/a Wordans and Eric Gautier for willful trademark and right of publicity infringement.

2.   A permanent injunction is hereby entered permanently enjoining defendants Kencia.com, Inc. d/b/a Wordans and Eric Gautier and parties acting in concert with them who receive actual notice of this Order from advertising, selling, manufacturing and/or distributing any merchandise bearing the names, trademarks and/or likenesses of the musical performers known as Michael Jackson, Lady Gaga, Run DMC, Jim Morrison, Nicki Minaj, Kanye West, Psy, Drake, LMFAO, Lil Wayne, Bob Marley and Justin Bieber and/or anything confusingly similar thereto.

SO ORDERED:
Dated: August 18, 2014

_____
THE HONORABLE MICHAEL W. FITZGERALD
United States District Judge